1

2

3

4

5                               IN THE UNITED STATES DISTRICT COURT

6                           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    SIGNAL PRODUCTS INC,                          No.  CV 13-01035 MEJ

9                Plaintiff,                         **ORDER**

10        v.

11   AMERICAN ZURICH INS CO,

12               Defendant.
     _____/

13

14   GOOD CAUSE APPEARING THEREFOR,

15        IT IS ORDERED that this case is reassigned to the **Honorable Edward M. Chen** in the **San**

16   **Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

17   bear the **initials EMC** immediately after the case number. All hearing dates presently scheduled are

18   vacated and motions should be renoticed for hearing before the judge to whom the case has been

19   reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

20   magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

21   for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

22   Civ. P. 72(b).

23

24                                                 FOR THE EXECUTIVE COMMITTEE:

25

26   Dated:  March 14, 2013

27   rev 4-12                                       Richard W. Wieking
                                                    Clerk of Court
28

*(left margin, vertical text)* **United States District Court** / For the Northern District of California