KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Charles N. Freiberg (State Bar No. 70890)
E-mail: cfreiberg@kasowitz.com
David A. Thomas (State Bar No. 215367)
E-mail: dthomas@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 655-4326
Facsimile: (415) 358-5926

Robin L. Cohen (admitted *pro hac vice*)
E-mail: rcohen@kasowitz.com
Michelle R. Migdon (admitted *pro hac vice*)
E-mail: mmigdon@kasowitz.com
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1770
Facsimile: (212) 506-1800

*Attorneys for Plaintiff SIGNAL PRODUCTS, INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIGNAL PRODUCTS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN ZURICH INSURANCE COMPANY and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>Defendants. | Case No. C-13-1035-EMC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIMS AND DEFENDANTS' MOTION TO TRANSFER VENUE** |

Plaintiff Signal Products, Inc. ("Plaintiff") and Defendants American Zurich Insurance Company and American Guarantee and Liability Insurance Company (collectively "Defendants") hereby stipulate, by and through undersigned counsel, that Plaintiffs shall have until May 31, 2013 to answer or otherwise respond to Defendant's counterclaims.

Plaintiff and Defendants also stipulate that Plaintiff shall have until May 9, 2013 to serve its opposition to Defendants' motion to transfer venue and Defendants shall have until May 23, 2013 to serve their reply. The hearing on the motion to transfer venue will remain on May 30, 2013, at 1:30 p.m. in Courtroom 5 on the 17th Floor.

DATED: April 18, 2013     SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC

By: _____
KAREN L. BIZZINI

Attorneys for Defendants
AMERICAN ZURICH INSURANCE COMPANY and
AMERICAN GUARANTEE AND LIABILITY
INSURANCE COMPANY

DATED: April ___, 2013     KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP

By: _____
CHARLES N. FREIBERG
DAVID A. THOMAS

Attorneys for Plaintiff
SIGNAL PRODUCTS, INC.

So Ordered

_____
The Honorable Edward M. Chen

1

STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIMS AND
DEFENDANTS' MOTION TO TRANSFER VENUE
Case No. C-13-1035-EMC

Plaintiff Signal Products, Inc. ("Plaintiff") and Defendants American Zurich Insurance Company and American Guarantee and Liability Insurance Company (collectively "Defendants") hereby stipulate, by and through undersigned counsel, that Plaintiffs shall have until May 31, 2013 to answer or otherwise respond to Defendant's counterclaims.

Plaintiff and Defendants also stipulate that Plaintiff shall have until May 9, 2013 to serve its opposition to Defendants' motion to transfer venue and Defendants shall have until May 23, 2013 to serve their reply. The hearing on the motion to transfer venue will ~~remain on May 30, 2013,~~ at 1:30 p.m. in Courtroom 5 on the 17th Floor. *reset for June 6, 2013*

DATED: April 22, 2013    SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC

By: _____
KAREN L. BIZZINI

Attorneys for Defendants
AMERICAN ZURICH INSURANCE COMPANY and
AMERICAN GUARANTEE AND LIABILITY
INSURANCE COMPANY

DATED: April 18, 2013    KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP

By: _____
CHARLES N. FREIBERG
DAVID A. THOMAS

Attorneys for Plaintiff
SIGNAL PRODUCTS, INC.

So Ordered

_____
The Honorable Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1
STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIMS AND DEFENDANTS' MOTION TO TRANSFER VENUE
CASE NO. C-13-1035-EMC