Name and address:
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Linda D. Kornfeld (State Bar No. 155765)
E-mail: lkornfeld@kasowitz.com
2029 Century Park East, Suite 750
Los Angeles, CA 90067
Telephone: (424) 288-7902
Facsimile: (310) 943-3551

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGNAL PRODUCTS, INC., <br><br> Plaintiff(s) <br> v. <br> AMERICAN ZURICH INSURANCE CO. & AMERICAN GUARANTEE AND LIABILITY INSURANCE CO. <br><br> Defendant(s). | **CASE NUMBER** <br><br> CV13- 4581 CAS (AJWx) <br><br> **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** <br> ***PRO HAC VICE*** |

### INSTRUCTIONS FOR APPLICANTS

*(1) Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; **note that electronic signatures are not accepted.** Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.*

*(2) Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).*

*(3) Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.*

### SECTION I - INFORMATION

Cohen, Robin L.
*Applicant's Name (Last Name, First Name & Middle Initial)*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
*Firm Name*

1633 Broadway                      (212) 506-1700        (212) 506-1800
                                    *Telephone Number*     *Fax Number*

*Street Address*

New York, NY 10019                  rcohen@kasowitz.com
*City, State, Zip Code*              *E-Mail Address*

**I have been retained to represent the following parties:**

SIGNAL PRODUCTS, INC.           [x] Plaintiff   [ ] Defendant   [ ] Other: _____
                                [ ] Plaintiff   [ ] Defendant   [ ] Other: _____

*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| State of New York | 2-6-1989 | yes |
| State of New Jersey | 9-1-1987 | yes |
| U.S.D.C. Southern District of New York | 4-22-1997 | yes |
| U.S.D.C. Eastern District Pennsylvania | 3-3-1987 | yes |

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

|  |
|  |

| Have you previously registered as a CM/ECF user in the Central District of California ? | ☐ Yes | ☒ No |
| If yes, was your CM/ECF User account associated with the e-mail address provided above? | ☐ Yes | ☐ No: |

*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated    9/13/13          Robin L. Cohen
                          *Applicant's Name (please type or print)*

                          [signature]
                          *Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Kornfeld, Linda D.
*Designee's Name (Last Name, First Name & Middle Initial)*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
*Firm Name*

2029 Century Park East

Suite 750
*Street Address*

Los Angeles, California 90067
*City, State, Zip Code*

(424) 288-7902
*Telephone Number*

(310) 943-3551
*Fax Number*

lkornfeld@kasowitz.com
*E-Mail Address*

155765
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated 9-13-13

Linda D. Kornfeld
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional courts to which I have been admitted and the current status of my membership:

U.S.D.C. Eastern District of Texas / 8-17-2012 / active in good standing
U.S. Court of Appeals, Second Circuit / 8-27-2010 / active in good standing
U.S. Court of Appeals, Fourth Circuit / 9-9-1998 / active in good standing
U.S. Court of Appeals, Eighth Circuit / 8-30-2010 / active in good standing
U.S. Court of Appeals, Tenth Circuit / 4-6-2006 / active in good standing

I was admitted to the Bar of the State of Pennsylvania on December 15, 1986. However, as a result of a clerical error, I was mistakenly classified as deceased. When that mistake was corrected, I was placed on "administrative suspension" in that state pending completion of certain CLE requirements and payment of fees. I am currently pursuing the requirements for reinstatement to active status. I am not currently practicing law in the State of Pennsylvania. I have no record of any public or private disciplinary history in Pennsylvania and there are no complaints pending against me.

Name and address:
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Linda D. Kornfeld (State Bar No. 155765)
E-mail: lkornfeld@kasowitz.com
2029 Century Park East, Suite 750
Los Angeles, CA 90067
Telephone: (424) 288-7902
Facsimile: (310) 943-3551

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGNAL PRODUCTS, INC., <br><br> Plaintiff(s) <br> v. <br> AMERICAN ZURICH INSURANCE CO. & AMERICAN GUARANTEE AND LIABILITY INSURANCE CO. <br><br> Defendant(s). | CASE NUMBER <br><br> CV13- 4581 CAS (AJWx) <br><br> (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Cohen, Robin L.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 506-1700         (212) 506-1800
*Telephone Number*       *Fax Number*

rcohen@kasowitz.com
*E-Mail Address*

of  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
*Firm Name & Address*

for permission to appear and participate in this case on behalf of

SIGNAL PRODUCTS, INC.

*Name(s) of Party(ies) Represented*

[x] Plaintiff   [ ] Defendant   [ ] Other: _____

**and designating as Local Counsel**

Kornfeld, Linda D.
*Designee's Name (Last Name, First Name & Middle Initial)*

155765              (424) 288-7902
*Designee's Cal. Bar Number*   *Telephone Number*

(310) 943-3551
*Fax Number*

of  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
2029 Century Park East, Suite 750
Los Angeles, California 90067
*Firm Name & Address*

lkornfeld@kasowitz.com
*E-Mail Address*

**hereby ORDERS the Application be:**

[ ] **GRANTED.**
[ ] **DENIED.** Fee shall be returned by the Clerk.
[ ] **DENIED,** for failure to pay the required fee.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# ROBIN L. COHEN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 6, 1989**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**August 14, 2013**

_Clerk of the Court_

6417

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ROBIN L COHEN** (No. **030501986**) was constituted and appointed an Attorney at Law of New Jersey on **September 01, 1987** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **16TH** day of **August**, 20 **13**.

Clerk of the Supreme Court