UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:13-cv-04581-CAS-(AJWx) | Date | December 13, 2013 |
|---|---|---|---|
| Title | SIGNAL PRODUCTS, INC. V. AMERICAN ZURICH INSURANCE COMPANY ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers:)** EX PARTE APPLICATION FOR ORDER TO EXTEND WRITTEN DISCOVERY DEADLINES (dkt. 145, filed December 6, 2013)

    The Court is in receipt of plaintiff's ex parte application for an order to extend deadlines on discovery responses filed December 6, 2013.  In this application, plaintiff seeks to extend the deadline for responding to defendants' initial set of discovery requests from December 16, 2013, to January 6, 2013.  On December 9, 2013, defendants filed an opposition to plaintiff's ex parte application.  After considering the parties' arguments, the Court hereby RESERVES JUDGMENT on plaintiff's ex parte application, which will be considered at the hearing currently scheduled for December 19, 2013.  In the interim, the Court hereby suspends the December 16, 2013 deadline for plaintiff's response to defendants' discovery requests.

    IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |